**DISMISS; and Opinion Filed March 22, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01014-CV

**EQUIPOS DE PERFORACION V, S.A. DE C.V. AND LUIS FELIPE TRUEBA,**
**Appellants**
**V.**
**VAREL INTERNATIONAL IND., L.P., JFM ENTERPRISES, INC., AND JOSE MARIA SARACHAGA MARTINEZ GARAITIA MINING S.A. DE C.V., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05141**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellants' March 19, 2019 unopposed motion to dismiss the appeal in which they state they no longer desire to prosecute this appeal. We grant the motion and dismiss the appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181014F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

EQUIPOS DE PERFORACION V, S.A.
DE C.V. AND LUIS FELIPE TRUEBA,
Appellants

No. 05-18-01014-CV          V.

VAREL INTERNATIONAL IND., L.P.,
JFM ENTERPRISES, INC., AND JOSE
MARIA SARACHAGA MARTINEZ
GARAITIA MINING S.A. DE C.V.,
Appellees

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-05141.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellees VAREL INTERNATIONAL IND., L.P., JFM ENTERPRISES, INC., AND JOSE MARIA SARACHAGA MARTINEZ GARAITIA MINING S.A. DE C.V. recover their costs of this appeal from appellants EQUIPOS DE PERFORACION V, S.A. DE C.V. AND LUIS FELIPE TRUEBA.

Judgment entered this 22nd day of March, 2019.